# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENTURA, JR., | CASE NO. 1:07-cv-01534-AWI-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL SET FORTH IN COMPLAINT |
| v. | |
| JAMES TILTON, SECRETARY, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Salvador Ventura, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, filed October 22, 2007, Plaintiff requested the appointment of counsel.

Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). However, in certain exceptional circumstances the Court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the Court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

1

1    In the present case, the Court does not find the required exceptional circumstances. Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. The Court is faced with similar cases almost daily.

Further, the Court has made a finding that this action is time barred, as addressed in a finding and recommendation issued concurrently with this order, and as a result, the Court cannot make a determination that Plaintiff is likely to succeed on the merits.

Finally, based on a review of the record in this case, the Court does not find that Plaintiff cannot adequately articulate his claims. Id.

For these reasons, Plaintiff's request for the appointment of counsel is HEREBY DENIED.

IT IS SO ORDERED.

Dated:    **June 5, 2008**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE